| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**        **Feast House Restaurant, Inc.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)        **36-2784357**

**4. Debtor's address**

**Principal place of business**

**2101 Grand Avenue**
**Waukegan, IL 60085**
Number, Street, City, State & ZIP Code

**Lake**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  **Feast House Restaurant, Inc.**  Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **Feast House Restaurant, Inc.**                                                                 Case number (*if known*)
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
         Contact name     _____
         Phone            _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Feast House Restaurant, Inc.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2016**
MM / DD / YYYY

X **/s/ Konstantinos "Gus" Roiniotis**      **Konstantinos "Gus" Roiniotis**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Joseph E. Cohen**      Date **November 20, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Joseph E. Cohen**
Printed name

**Cohen & Krol**
Firm name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-368-0300**     Email address   **jcohen@cohenandkrol.com**

**3123243**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Feast House Restaurant, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEP Energy c/o HRDC/Alan Niegorski 150 S. Wacker, Ste 2400 Chicago, IL 60606 | | open account | | | | $20,500.00 |
| Christ Panos Foods Corp 1465 Industrail Drive Itasca, IL 60143 | | open account | | | | $9,004.06 |
| City of Waukegan 100 N MLK Jr. Avenue Waukegan, IL 60085 | | water and sewage services | | | | $4,106.25 |
| Economy Packing Co., Inc. 4501 W. 42nd Place Chicago, IL 60632 | | open account | | | | $1,853.65 |
| Gordon Food Services, Inc. c/o NACM South Atlantic P.O. Box 547800 Orlando, FL 32854 | | open account | | | | $3,761.05 |
| Ill. Dept. of Employment Security P.O. Box 3637 Springfield, IL 62708 | | 3rd Qtr 2012 - 3rd Quarter 2016 | Contingent | | | $41,732.19 |
| Internal Revenue Service P. O. BOX 804522 Cincinnati, OH 45999 | | 9/2013 - 6/2016 Payroll taxes | | | | $81,654.36 |

Debtor **Feast House Restaurant, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service** P. O. BOX 804522 Cincinnati, OH 45999 | | **Third Quarter 2016 941 liability** | | | | $6,645.89 |
| **New Grand & Greenbay Currency Exch** 3200 Grabnd Avenue Waukegan, IL 60085 | | **Judgment** | **Disputed** | | | $3,700.79 |
| **Performance Food Service** 5030 Baseline Road Montgomery, IL 60538 | | **open account** | | | | $16,732.03 |
| **Principis Capital LLC** c/o Joseph Sussman 333 Pearsall Avenue, Ste 205 Cedarhurst, NY 11516 | | **judgment** | | | | $23,318.14 |
| **Sam's Meat Market** 4501 W. 42nd Place Chicago, IL 60632 | | **open account** | | | | $10,962.04 |
| **US Food Service, Inc.** c/o The CKB Law Firm 30 N LaSalle, Ste 1520 Chicago, IL 60602 | | **open account** | | | | $17,861.12 |
| **US Foods, Inc.** P.O. Box 98420 Chicago, IL 60602 | | **open account** | | | | $11,515.22 |

**Fill in this information to identify the case:**

Debtor name: **Feast House Restaurant, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Feast House Restaurant, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Ill. Dept. of Employment Security**<br>**P.O. Box 3637**<br>**Springfield, IL 62708**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **0705**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**3rd Qtr 2012 - 3rd Quarter 2016**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $41,732.19 | $41,732.19 |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P. O. BOX 804522**<br>**Cincinnati, OH 45999**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **4357**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**9/2013  -  6/2016 Payroll taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $81,654.36 | $81,654.36 |

Debtor **Feast House Restaurant, Inc.**                                                         Case number (if known)
              Name

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P. O. BOX 804522**<br>**Cincinnati, OH 45999** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,645.89 | $6,645.89 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/2016** | Basis for the claim:<br>**Third Quarter 2016 941 liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**AEP Energy**<br>**c/o HRDC/Alan Niegorski**<br>**150 S. Wacker, Ste 2400**<br>**Chicago, IL 60606** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  <u>7648</u> | Basis for the claim:  **open account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Christ Panos Foods Corp**<br>**1465 Industrail Drive**<br>**Itasca, IL 60143** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,004.06 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  <u>R500</u> | Basis for the claim:  **open account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**City of Waukegan**<br>**100 N MLK Jr. Avenue**<br>**Waukegan, IL 60085** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,106.25 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  <u>9108</u> | Basis for the claim:  **water and sewage services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Economy Packing Co., Inc.**<br>**4501 W. 42nd Place**<br>**Chicago, IL 60632** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,853.65 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  <u>2000</u> | Basis for the claim:  **open account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Gordon Food Services, Inc.**<br>**c/o NACM South Atlantic**<br>**P.O. Box 547800**<br>**Orlando, FL 32854** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,761.05 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  <u>8900</u> | Basis for the claim:  **open account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Feast House Restaurant, Inc.**      Case number (if known)
     Name

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**New Grand & Greenbay Currency Exch**<br>**3200 Grabnd Avenue**<br>**Waukegan, IL 60085**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **6354** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Judgment**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$3,700.79** |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Performance Food Service**<br>**5030 Baseline Road**<br>**Montgomery, IL 60538**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5400** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **open account**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$16,732.03** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Principis Capital LLC**<br>**c/o Joseph Sussman**<br>**333 Pearsall Avenue, Ste 205**<br>**Cedarhurst, NY 11516**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4415** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **judgment**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$23,318.14** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Sam's Meat Market**<br><br>**4501 W. 42nd Place**<br>**Chicago, IL 60632**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **open account**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$10,962.04** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**US Food Service, Inc.**<br>**c/o The CKB Law Firm**<br>**30 N LaSalle, Ste 1520**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred **12AR 1342**<br>Last 4 digits of account number **3908** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **open account**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$17,861.12** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**US Foods, Inc.**<br>**P.O. Box 98420**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **open account**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$11,515.22** |

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Illinois Dept. of Employment Securi**<br>**33 S State St. 10th Floor**<br>**Chicago, IL 60603** | Line **2.1**<br><br>☐ Not listed. Explain ____ | **8469** |

Debtor **Feast House Restaurant, Inc.**                                    Case number (if known)
          Name

|     | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|-----|---|---|---|
| 4.2 | **Sorman & Frankel**<br>**180 N LaSalle Street, Ste 2700**<br>**Chicago, IL 60601** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **130,032.44** |
| **5b. Total claims from Part 2** | 5b. + $ | **123,314.35** |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. $ | **253,346.79** |

**Fill in this information to identify the case:**

Debtor name: **Feast House Restaurant, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Lease for ice machine and two coolers** | |
| | State the term remaining: **indefinite** | **Empire Cooler**<br>**940 W. Chicago Ave.**<br>**Chicago, IL 60642** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Feast House Restaurant, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Feast House Restaurant, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 13,000.00 |
   | Prior to the filing of this statement I have received | $ | 13,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 20, 2016**  
*Date*

**/s/ Joseph E. Cohen**  
**Joseph E. Cohen 3123243**  
*Signature of Attorney*  
**Cohen & Krol**  
**105 West Madison Street**  
**Suite 1100**  
**Chicago, IL 60602**  
**312-368-0300   Fax: 312-368-4559**  
jcohen@cohenandkrol.com  
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Feast House Restaurant, Inc.**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Konstantinos "Gus" Roiniotis**<br>**4655 Celano Drive**<br>**Libertyville, IL 60048** | | | 100% Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 20, 2016**    Signature  **/s/ Konstantinos "Gus" Roiniotis**
**Konstantinos "Gus" Roiniotis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Feast House Restaurant, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **17**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 20, 2016**

**/s/ Konstantinos "Gus" Roiniotis**  
**Konstantinos "Gus" Roiniotis**/**President**  
Signer/Title

AEP Energy
c/o HRDC/Alan Niegorski
150 S. Wacker, Ste 2400
Chicago, IL 60606


Christ Panos Foods Corp
1465 Industrail Drive
Itasca, IL 60143


City of Waukegan
100 N MLK Jr. Avenue
Waukegan, IL 60085


Economy Packing Co., Inc.
4501 W. 42nd Place
Chicago, IL 60632


Empire Cooler
940 W. Chicago Ave.
Chicago, IL 60642


Gordon Food Services, Inc.
c/o NACM South Atlantic
P.O. Box 547800
Orlando, FL 32854


Ill. Dept. of Employment Security
P.O. Box 3637
Springfield, IL 62708


Illinois Dept. of Employment Securi
33 S State St. 10th Floor
Chicago, IL 60603


Internal Revenue Service
P. O. BOX 804522
Cincinnati, OH 45999


Internal Revenue Service
P. O. BOX 804522
Cincinnati, OH 45999


New Grand & Greenbay Currency Exch
3200 Grabnd Avenue
Waukegan, IL 60085

```
Performance Food Service
5030 Baseline Road
Montgomery, IL 60538


Principis Capital LLC
c/o Joseph Sussman
333 Pearsall Avenue, Ste 205
Cedarhurst, NY 11516


Sam's Meat Market
4501 W. 42nd Place
Chicago, IL 60632


Sorman & Frankel
180 N LaSalle Street, Ste 2700
Chicago, IL 60601


US Food Service, Inc.
c/o The CKB Law Firm
30 N LaSalle, Ste 1520
Chicago, IL 60602


US Foods, Inc.
P.O. Box 98420
Chicago, IL 60602
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Feast House Restaurant, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Feast House Restaurant, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 20, 2016**

Date

**/s/ Joseph E. Cohen**
**Joseph E. Cohen 3123243**

Signature of Attorney or Litigant

Counsel for  **Feast House Restaurant, Inc.**

**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300 Fax:312-368-4559**
**jcohen@cohenandkrol.com**